**Susan Y. Kang Gordon, Esq. (SBN 273979)**
**Maria A. M. Zavaleta, Esq. (SBN 340909)**
**LAW OFFICE OF SUSAN KANG GORDON**
21C Orinda Way #162
Orinda, CA 94563
Phone: (510) 400-6146
Facsimile: (510) 400-6148
E-mail: susan@skg-law.com
E-mail: maria@skg-law.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA  94611
Tel. (510) 530-4078
Fax (510) 530-4725
e-mail: panos@panoslagoslaw.com

Attorneys for Plaintiffs,
BENEDICTO V. YUJUICO and TERESITA M. YUJUICO, individually and as Successors-in-Interest for MARIA CLARISSA MANAPAT YUJUICO, Deceased

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENEDICTO V. YUJUICO, individually, as Personal Representative of the Estate of MARIA CLARISSA MANAPAT YUJUICO and as Successor-In-Interest of MARIA CLARISSA MANAPAT YUJUICO, and TERESITA M. YUJUICO, individually, and as Successor-In-Interest of MARIA CLARISSA MANAPAT YUJUICO,<br><br>                      Plaintiffs,<br><br>vs.<br><br>BRIAN C. BARRETT and DOES 1 through 24, inclusive,<br><br>                      Defendants. | Case No.: 4:23-cv-03212-HSG<br><br>STIPULATION AND ORDER PERMITTING DEFENDANT(S) THE RIGHT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT WITHIN 30 DAYS OF ITS FILING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant, BRIAN C. BARRETT, may have 30 days from Plaintiffs' filing of their First Amended Complaint within which to file his response.

STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT                                  - 1 –
*Yujuico v. Barrett, et al.*
USDC (N.D. Cal.) Case No.: 4:23-cv-03212-HSG

IT IS SO STIPULATED.

DATED: July 18, 2023          **LAW OFFICE OF SUSAN KANG GORDON**
                              -and-
                              **LAW OFFICES OF PANOS LAGOS**


                              */s/Panos Lagos*
                              By: Panos Lagos, Esq.
                              Attorney for Plaintiffs

DATED: July 18, 2023          SHOOK, HARDY & BACON, L.L.P.


                              By: */s/Michael F. Healy* (as authorized 7/18/2023)
                                   Michael F. Healy
                                   Alicia J. Donahue
                                   Matthew C. Donahue
                                   *Attorneys for Defendant*
                                   BRIAN C. BARRETT

## ORDER

Pursuant to the Stipulation of the parties,

IT IS ORDERED that Defendant BRIAN C. BARRETT shall file his response to Plaintiffs' First Amended Complaint within 30 days of its filing.

Dated: 7/19/2023

Honorable Haywood S. Gilliam, Jr.
United States District Judge