| | |
|---|---|
| SHOOK HARDY & BACON L.L.P.<br>MICHAEL F. HEALY (SBN 95098)<br>mfhealy@shb.com<br>ALICIA J. DONAHUE (SBN 117412)<br>adonahue@shb.com<br>555 Mission Street, Suite 2300<br>San Francisco, California 94105<br>Telephone:    415-544-1900<br>Facsimile:    415-391-0281<br><br>*Attorneys for Defendant*<br>BRIAN BARRETT | SUSAN Y. KANG GORDON (SBN 273979)<br>LAW OFFICES OF SUSAN KANG GORDON<br>21 C Orinda Way #162<br>Orinda, CA 94563<br>Phone: 510-400-6148<br>email: susan@skg-law.com<br><br>Attorneys for Plaintiffs<br>BENEDICTO V. YUJUCIO and TERESITA M. YUJUCICO, individually and as Successor-In-Interest for MARIA CLARISSA MANAPAT YUJUCIO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENEDICTO V. YUJU1CO, individually, as Personal Representative of the Estate of MARIA CLARISSA MANAPAT YUJICO, and as Successor-in-Interest of MARIA CLARISSA MANAPAT YUJICO, and TERESITA M. YUJICO, individually, as Personal Representative of the Estate of MARIA CLARISSA MANAPAT YUJICO and as Successor-in-Interest of MARIA CLARISSA MANAPAT YUJICO ,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRIAN C. BARRETT and DOES 1 through 24, inclusive,<br><br>    Defendants. | Case No.: 4:23-cv-03212-HSG<br><br>Assigned to Judge Haywood S. Gilliam<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs BENEDICTO V. YUJUCIO and TERESITA M. YUJUCIO, individually and as Successors-in-Interest for MARIA CLARISSA MANAPAT YUJUCIO ("Plaintiffs") and Defendant Brian C. Barrett ("Defendant") (collectively the "Parties"), and their respective attorneys of record, that the Parties have agreed to dismiss this matter without prejudice, in its entirety.

Accordingly, the Parties agree that the entire action and all claims asserted by Plaintiffs again Defendant shall be voluntarily dismissed without prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

Dated: July 27, 2023                                LAW OFFICES OF SUSAN KANG GORDON

                                                    By: /s/    *Susan Kang Gordon*

                                                    Susan Kang Gordon
                                                    *Attorneys for Plaintiffs*

                                                    BENEDICTO V. YUJUCIO and TERESITA M. YUJUCIO, individually and as Successors-in-Interest for MARIA CLARISSA MANAPAT YUJUCIO

Dated: July 27, 2023                                SHOOK, HARDY & BACON, L.L.P

                                                    By: /s/    Michael F. Healy

                                                    Michael F. Healy
                                                    *Attorneys for Defendant*
                                                    BRIAN C. BARRETT

**ATTESTATION OF SIGNATORS**

I, Michael F. Healy, attest that concurrence in the filing of this document has been obtained from the other signatories.  All signatories listed, on whose behalf this filing is submitted, concur in its content and authorize its filing.

                                                    */s/ Michael F. Healy*

**ORDER**

THE COURT having reviewed the Parties' Stipulation for Dismissal without Prejudice does hereby Order that the action shall be dismissed without prejudice.

IT IS SO ORDERED:

DATED:  7/28/2023          *Haywood S. Gilliam Jr.*

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge